RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Mark Ogg

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MARK OGG,<br><br>           Defendant. | Case No. 2:22-cr-00111-RFB-EJY<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL** |

Undersigned counsel respectfully requests this Court permit the attached Exhibit C to Documents in Support of Defendant for Revocation Hearing. The filing contains sensitive confidential information about third parties and medical information, and it should generally

/ / /

/ / /

/ / /

be sealed because it concerns communications between a probation officer and Mr. Ogg. Such communications should be excluded from the public docket so the public cannot use those communications against the probation office.

DATED this 5th day of January, 2024.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Aden Kebede
ADEN KEBEDE
Assistant Federal Public Defender
Attorney for Mark Ogg

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated 1/8/2024

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 5, 2024, he served an electronic copy of the above and foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL** by electronic service (ECF) to the person named below:

JAMES M. FRIERSON
United States Attorney
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard, South
Suite 1100
Las Vegas, Nevada   89101

    /s/ Jeremy Kip
    Employee of the Federal Public Defender

3